UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| U.S. BANK NAT'L ASS'N,<br><br>Plaintiff,<br><br>v.<br><br>ROTONDA R. LLOPIS, ET AL. ,<br><br>Defendants. | No.  2:13-cv-1762 JAM AC PS<br><br><br><br>ORDER |

Plaintiff is proceed in this action in pro per.  The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

On September 12, 2013, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  Plaintiff has filed objections to the findings and recommendations.  ECF No. 5

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 12, 2013, are adopted in

1

1 | full; and

2 |     2.  This action is remanded to the Solano Superior Court.

4 | DATED: October 23, 2013

5 |                                                       /s/ John A. Mendez
                                                   UNITED STATES DISTRICT COURT JUDGE